**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 37 MAL 2019
:
            Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
       v. :
:
:
:
ANDREW HECTOR MORALES, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2019, the Petition for Allowance of Appeal is

**DENIED**.